1  MARTIN L. FINEMAN, CA State Bar No. 104413
   DAVIS WRIGHT TREMAINE LLP
2  One Embarcadero Center, Suite 600
   San Francisco, California 94111-3611
3  Telephone: (415) 276-6500
   Facsimile: (415) 276-6599
4  Email: martinfineman@dwt.com

5  MICHAEL P. CHU
   CHARLES MCMAHON
6  TREVOR K. COPELAND
   LAURA A. LYDIGSEN
7  BRINKS HOFER GILSON & LIONE
   NBC Tower, Suite 3600
8  455 North Cityfront Plaza Drive
   Chicago, IL 60611
9  Telephone: (312) 321-4200
   Facsimile: (312) 321-4299
10 Email: mchu@usebrinks.com; cmcmahon@usebrinks.com;
   tcopeland@usebrinks.com; llydigsen@usebrinks.com
11
   Attorneys for Defendant AERO PRODUCTS INT'L INC.
12
   KATHRYN G. SPELMAN, CA State Bar No. 154512
13 DANIEL H. FINGERMAN, CA State Bar No. 229683
   MOUNT & STOELKER, P.C.
14 RiverPark Tower, Suite 1650
   333 West San Carlos Street,
15 San Jose, CA 95110
   Email: kspelman@mount.com; dfingerman@mount.com
16
   Attorneys for SAN FRANCISCO TECHNOLOGY INC.
17

18            IN THE UNITED STATES DISTRICT COURT
19       IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
20                    SAN JOSE DIVISION
21

22 SAN FRANCISCO TECHNOLOGY, INC.,   )  Case No. CV-10-02994-JF
                                     )
23              Plaintiff,           )  **STIPULATED ORDER OF**
                                     )  **DISMISSAL**
24       v.                          )
                                     )
25 AERO PRODUCTS INT'L INC., ET AL.  )
                Defendants.          )
26                                   )
                                     )
27                                   )
                                     )
28

1  The parties, plaintiff San Francisco Technology, Inc. and defendant Aero Products
2  International Inc., by counsel, hereby stipulate pursuant to Rule 41(a) of the Federal Rules of
3  Civil Procedure to the dismissal of all claims against Aero Products International Inc. in the
4  lawsuit captioned above, with prejudice.  Each party shall bear its own costs and attorneys' fees.

6  Dated: August 31, 2010                                Dated: August 31, 2010

7  By: Daniel H Fingerman                               By: /s/ Martin L. Fineman
   KATHRYN G. SPELMAN                                   MARTIN L. FINEMAN, CA State Bar No. 104413
8    CA State Bar No. 154512                            DAVIS WRIGHT TREMAINE LLP
   DANIEL H. FINGERMAN                                  One Embarcadero Center, Suite 600
9    CA State Bar No. 229683                            San Francisco, California  94111-3611
   MOUNT & STOELKER, P.C.                               Telephone:  (415) 276-6500
10 RiverPark Tower, Suite 1650                          Facsimile:  (415) 276-6599
   333 West San Carlos Street,                          Email: martinfineman@dwt.com
11 San Jose, CA 95110
   Email: kspelman@mount.com;                           MICHAEL P. CHU
12 dfingerman@mount.com                                 CHARLES M. MCMAHON
                                                        TREVOR K. COPELAND
13 Attorneys for Plaintiff                              LAURA A. LYDIGSEN
   SAN FRANCISCO TECHNOLOGY INC.                        BRINKS HOFER GILSON & LIONE
14                                                      NBC Tower, Suite 3600
                                                        455 North Cityfront Plaza Drive
15                                                      Chicago, IL 60611
                                                        Telephone: (312) 321-4200
16                                                      Facsimile: (312) 321-4299
                                                        Email: mchu@usebrinks.com;
17                                                      cmcmahon@usebrinks.com;
                                                        tcopeland@usebrinks.com;
18                                                      llydigsen@usebrinks.com

19                                                      Attorneys for Defendant
                                                        AERO PRODUCTS INT'L INC.
20

22  I attest that concurrence in the filing of this document has been obtained from Daniel H.
23  Fingerman.

24  Dated: August 31, 2010          /s/ Martin L. Fineman
                                    Martin L. Fineman
25
26  SO ORDERED:

27  9/3/10
                                    _____
28    Date                          The Honorable Jeremy Fogel
                                    United States District Court Judge

STIPULATED ORDER OF DISMISSAL         - 2 -
CV 10-02994 JF