1  Kathryn G. Spelman, Esq. (SBN 154512)
   kspelman@mount.com
2  Daniel H. Fingerman, Esq. (SBN 229683)
   dfingerman@mount.com
3  MOUNT & STOELKER, P.C.
   River Park Tower, Suite 1650
4  333 West San Carlos Street
   San Jose, CA 95110-2740
5  Telephone: (408) 279-7000
   Fax: (408) 998-1473
6  Attorneys for Plaintiff
   SAN FRANCISCO TECHNOLOGY INC.
7
   Talley E. McIntyre (SBN 203131)
8  thenry@nixonpeabody.com
   NIXON PEABODY LLP
9  One Embarcadero Center, 18th Floor
   San Francisco, California 94111-3600
10 Telephone: (415) 984-8200
   Fax: (415) 984-8300
11
   Maia H. Harris (*Pro Hac Vice*)
12 mharris@nixonpeabody.com
   NIXON PEABODY LLP
13 100 Summer Street, 25th Floor
   Boston, MA 02110
14 Telephone: (617) 345-1000
   Fax: (877) 670-8148
15 Attorneys for Defendant
   SCHICK MANUFACTURING INC.
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., | No. CV10-02994-HRL |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SEVERANCE OF CLAIMS AGAINST SCHICK MANUFACTURING INC.** |
| AERO PRODUCTS INTERNATIONAL INC.; BP LUBRICANTS USA INC.; BRK BRANDS INC.; CALICO BRANDS INC.; COOPER LIGHTING LLC; DAREX LLC; DEXAS INTERNATIONAL LTD.; DYNA-GRO NUTRITION SOLUTIONS; FISKARS BRANDS INC.; GLOBAL CONCEPTS INC.; HOMAX PRODUCTS INC.; KIMBERLY-CLARK CORPORATION; KRACO ENTERPRISES LLC; LIXIT CORPORATION; MEAD | Judge: Hon. Jeremy Fogel<br><br>Complaint Filed: July 8, 2010 |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | WESTVACO CORPORATION; NUTRITION 21 INC.; OATEY CO.; OPTIMUM TECHNOLOGIES INC.; NEWELL RUBBERMAID INC.; SCHICK MANUFACTURING, INC.; THE SCOTTS COMPANY LLC; STERLING INTERNATIONAL INC.; VITAMIN POWER INCORPORATED; WOODSTREAM CORPORATION; 4-D DESIGN INC,<br><br>                    Defendants. |

Plaintiff San Francisco Technology, Inc. and Defendant Schick Manufacturing Inc. ("Schick") hereby stipulate and agree that Defendant Schick shall be severed from this case. This stipulation is made in light of the Court's ruling in *San Francisco Technology, Inc. v. The Glad Products Co.*, 2010 U.S. Dist. Lexis 83681 (N.D. Cal. 2010), where the Court determined that severance is appropriate in a similar situation. Subject to the Court's approval, the parties request that the Clerk open a new case number in *San Francisco Technology, Inc. v. Schick Manufacturing Inc.*

DATED: September 16, 2010          NIXON PEABODY LLP

                                                                    /s/ Talley E. McIntyre
                                   By: _____
                                       Talley E. McIntyre
                                       Attorneys for Defendant
                                       SCHICK MANUFACTURING, INC.

DATED: September 16, 2010          MOUNT & STOELKER, P.C.

                                                                    /s/ Daniel H. Fingerman
                                   By: _____
                                       Daniel H. Fingerman
                                       Attorneys for Plaintiff
                                       SAN FRANCISCO TECHNOLOGY INC.

In accordance with General Order No. 45, Rule X, I, Talley E. McIntyre attest that concurrence in the filing of this document has been obtained from each signatory hereto.

DATED: September 16, 2010                     NIXON PEABODY LLP

By: /s/ Talley E. McIntyre
Talley E. McIntyre
Attorneys for Defendant
SCHICK MANUFACTURING, INC.

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED**

Dated: 9/27/10                     By _____
The Honorable Jeremy Fogel

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING SEVERANCE OF CLAIMS AGAINST SCHICK
MANUFACTURING INC.
CASE NO. 10 CV10-02994 - HRL

- 3 -

13138559.4