| | |
|---|---|
| CAROL LYNN THOMPSON (SBN 148079) | KATHRYN G. SPELMAN (SBN 154512) |
| SIDLEY AUSTIN LLP | DANIEL H. FINGERMAN (SBN 229683) |
| 555 California Street | MOUNT & STOELKER |
| San Francisco, CA 94104 | RiverPark Tower, Suite 1650 |
| TELEPHONE: (415) 772-1200 | 333 West San Carlos Street |
| FACSIMILE: (415) 772-7400 | San Jose, CA 95110-2740 |
| clthompson@sidley.com | TELEPHONE: (408) 279-7000 |
| | FACSIMILE: (408) 998-1473 |
| Attorneys for Defendant | kspelman@mount.com |
| KIMBERLY CLARK CORPORATION | dfingerman@mount.com |
| | |
| | Attorneys for Plaintiff |
| | SAN FRANCISCO TECHNOLOGY INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., | Case No. 10-CV-02994 JF HRL |
| Plaintiff, | |
| v. | |
| AERO PRODUCTS INTERNATIONAL, INC., BP LUBRICANTS USA INC., BRH BRANDS, INC., CALICO BRANDS, INC., COOPER LIGHTING, LLC, DAREX LLC, DEXAS INTERNATIONAL LTD., DYNA-GRO NUTRITION SOLUTIONS, FISKARS BRANDS, INC., GLOBAL CONCEPTS, INC., HOMAX PRODUCTS, INC., KIMBERLY-CLARK CORPORATION, KRACO ENTERPRISES LLC, LIXIT CORPORATION, MEAD WESTVACO CORPORATION, NUTRITION 21 INC., OATEY CO., OPTIMUM TECHNOLOGIES, INC., NEWELL RUBBERMAID INC., SCHICK MANUFACTURING, INC., THE SCOTTS COMPANY LLC, STERLING INTERNATIONAL, INC., VITAMIN POWER INCORORATED, WOODSTREAM CORPORATION, 4-D DESIGN, INC., | **STIPULATION AND [~~PROPOSED~~] ORDER TO SEVER** |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER TO SEVER: Case No. 10-cv-02994 JF HRL

1  Plaintiff San Francisco Technology, Inc. and Defendant Kimberly Clark Corporation
2  ("Kimberly Clark"), by and through their undersigned counsel, hereby stipulate and agree that
3  defendant Kimberly Clark shall be severed from the case.  This stipulation is made in light of the
4  Court's ruling in *San Francisco Technologies, Inc. v. Glad Products, Co.*, 2010 Lexis 83681 (N.D.
5  Cal. 2010), where the Court determined that severance was appropriate in similar circumstances.
6  Subject to the Court's approval, the parties request that the clerk open a new case number in *San*
7  *Francisco Technologies v. Kimberly Clark Corporation*.

8  IT IS SO AGREED AND STIPULATED.

9  Dated:  September 17, 2010                    SIDLEY AUSTIN LLP

11                                               By:  /s/ Carol Lynn Thompson
12                                                    Carol Lynn Thompson
                                                      Attorneys for Defendant
13                                                    Kimberly-Clark Corporation

14  Dated:  September 17, 2010                    MOUNT & STOELKER, P.C.

16                                               By:  /s/ Dan Fingerman
17                                                    Dan Fingerman
                                                      Attorneys for Plaintiff
18                                                    San Francisco Technology, Inc.

20  In accordance with General Order No. 45, Rule X, the below signatory attests that concurrence in the
21  filing of this document has been obtained from each signatory above.

22  Dated:  September 17, 2010                    SIDLEY AUSTIN LLP

24                                               By:  /s/ Carol Lynn Thompson
25                                                    Carol Lynn Thompson
                                                      Attorneys for Defendant
26                                                    Kimberly-Clark Corporation

27
28

2

STIPULATION AND [PROPOSED] ORDER TO SEVER: CASE NO. 10-CV-02994 JF HRL

1  **PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING THEREFORE, IT IS**
2  **SO ORDERED.**
3
4  Dated: 9/27/10                              By: _____
5                                                  The Honorable Jeremy D. Fogel