**E-Filed 11/4/2010**

1  CAROLINE McINTYRE, SBN 159005
    cmcintyre@be-law.com
2  MELINDA M. MORTON, SBN 209373
    mmorton@be-law.com
3  BERGESON, LLP
    303 Almaden Boulevard, Suite 500
4  San Jose, CA 95110-2712
    Telephone:  (408) 291-6200
5  Facsimile:   (408) 297-6000

6  PAUL B. HUNT (Admitted *Pro Hac Vice*)
    Paul.Hunt@btlaw.com
7  JOSHUA P. LARSEN (Admitted *Pro Hac Vice*)
    Joshua.Larsen@btlaw.com
8  BARNES & THORNBURG LLP
    11 South Meridian St.
9  Indianapolis, IN 46256
    Telephone:  (317) 231-1313
10 Facsimile:   (317) 231-7433

11 Attorneys for Defendant
    DEXAS INTERNATIONAL LTD.
12

13                       UNITED STATES DISTRICT COURT

14                      NORTHERN DISTRICT OF CALIFORNIA

15                              SAN JOSE DIVISION

| | |
|---|---|
| San Francisco Technology, Inc.,<br><br>                                    Plaintiff,<br><br>vs.<br><br>Aero Products International Inc., BP Lubricants USA Inc., BRK Brands Inc., Calico Brands Inc., Cooper Lighting LLC, Darex LLC, Dexas International Ltd., Dyna-Gro Nutrition Solutions, Fiskars Brands Inc., Global Concepts Inc., Homax Products Inc., Kimberly-Clark Corporation, Kraco Enterprises LLC, Lixit Corporation, Mead Westvaco Corporation, Nutrition 21 Inc., Oatey Co., Optimum Technologies, Inc., Newell Rubbermaid Inc., Schick Manufacturing Inc., The Scotts Company LLC, Sterling International Inc., Vitamin Power Incorporated, Woodstream Corporation, and 4-D Design Inc.,<br><br>                                    Defendants. | Case No. CV10-02994 JF<br><br>*AMENDED* [PROPOSED] ORDER GRANTING DEFEDANT DEXAS INTERNATIONAL LTD.'S REQUEST FOR COUNSEL TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE AND MOTION HEARING BY TELEPHONE<br><br>Date:  November 19, 2010<br>Time:  11:00 a.m.<br>Courtroom 3, Fifth Floor<br>Judge:  Hon. Jeremy Fogel |

1  Defendant Dexas International Ltd.'s request to have counsel Paul B. Hunt and Joshua P.
2  Larsen participate in the initial Case Management Conference and concurrently scheduled motion
3  hearing by telephone is GRANTED.  Counsel shall contact Court Call at 866-582-6878 in advance
4  of the hearing to arrange for the telephonic appearance.
5  IT IS SO ORDERED.

6
7  Date:  11/4/2010                                    _____
8                                                     Hon. Jeremy Fogel
                                                      United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

*AMENDED* [PROPOSED] ORDER GRANTING DEXAS' REQUEST FOR COUNSEL TO PARTICIPATE IN
INITIAL CASE MANAGEMENT CONFERENCE AND MOTION HEARING BY TELEPHONE
Case No. CV10-02994 JF