\*\*E-Filed 1/19/2011\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., | Case Number 5:10-cv-02994-JF/PSG |
| Plaintiff, | ORDER[1] GRANTING DEFENDANT DEXAS INTERNATIONAL LTD.'S MOTION TO SEVER AND TRANSFER VENUE |
| v. | |
| AERO PRODUCTS INTERNATIONAL, INC., *et al.*, | [Re: Docket No. 214] |
| Defendants. | |

Defendant Dexas International Ltd. filed a motion to sever and transfer venue on September 13, 2010. The motion is unopposed.

**ORDER**

Good cause therefor appearing, Defendant's motion to sever and transfer venue to the Northern District of Texas is GRANTED.

**IT IS SO ORDERED.**

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:10-cv-02994-JF/PSG
ORDER GRANTING DEFENDANT DEXAS INTERNATIONAL LTD.'S MOTION TO SEVER AND TRANSFER VENUE
(JFLC1)

1  DATED: January 19, 2011
2  _____
3  JEREMY FOGEL
   United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. 5:10-cv-02994-JF/PSG
ORDER GRANTING DEFENDANT DEXAS INTERNATIONAL LTD.'S MOTION TO SEVER AND TRANSFER VENUE
(JFLC1)