\*\*E-Filed 1/25/2011\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., <br><br>  Plaintiff, <br><br>  v. <br><br> AERO PRODUCTS INTERNATIONAL, INC., *et al.*, <br><br>  Defendants. | Case Number 5:10-cv-02994-JF (PSG) <br><br> ORDER REQUESTING BRIEFING FROM DEFENDANT WOODSTREAM CORPORATION |

Defendant Woodstream Corporation ("Woodstream) moves to dismiss the claims of Plaintiff San Francisco Technology, Inc. ("SF Tech") with prejudice because Woodstream already has settled a *qui tam* action brought against it by a different party.  Woodstream has provided a copy of the relevant settlement agreement and dismissal order from the Eastern District of Texas.  However, as discussed at oral argument, the Court requires additional information in order to determine whether the settlement has a preclusive effect on SF Tech's claims.  Accordingly, on or before January 31, 2011, Woodstream shall file a letter brief setting forth the basis of its assertion that SF Tech's claims in the instant action are within the scope of the settlement in the Eastern District of Texas.  SF Tech may file a responsive letter brief on or

before February 7, 2011.  The matter thereafter shall be submitted without further argument.

**IT IS SO ORDERED.**

DATED: January 25, 2011

_____
JEREMY FOGEL
United States District Judge

2