1

**E-Filed 2/28/2011**

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| 12  SAN FRANCISCO TECHNOLOGY, INC., | Case Number 5:10-cv-02994-JF/PSG |
| 13                    Plaintiff, | ORDER[1] GRANTING MOVING DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTIONS TO DISMISS AND TO TRANSFER |
| 14            v. | |
| 15  AERO PRODUCTS INTERNATIONAL, INC., *et al.*, | [Re: Docket No. 231] |
| 16                    Defendants. | |

17

18

19

20

21        Several Defendants have joined in filing a motion to stay discovery pending disposition

22  of the motions to dismiss and to transfer that are currently before the Court.[2]  The motion appears

23  _____

24        [1] This disposition is not designated for publication in the official reports.

25        [2] The following Defendants join in the present motion: BRK Brands, Inc.; Calico Brands,
    Inc.; Cooper Lighting, LLC; Fiskars Brands, Inc.; Kraco Enterprises LLC; Mead Westvaco
26  Corporation; Newell Rubbermaid, Inc.; Nutrition 21, Inc.; Oatey Co.; Sterling International, Inc.;
    and Woodstream Corporation.  Although additional Defendants joined in filing the motion, they
27  have since been terminated or the claims brought against them have been severed and/or
    transferred.

28

1   well-taken.

2                                   **ORDER**

3          Good cause therefor appearing, the motion to stay discovery pending resolution of the

4   motions to dismiss and to transfer will be GRANTED.

5

6   **IT IS SO ORDERED.**

7

8   DATED: February 28, 2011          _____
                                       JEREMY FOGEL
9                                      United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOVING DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RESOLUTION OF
MOTIONS TO DISMISS AND TO TRANSFER
(JFLC1)